**STATE of Missouri, Respondent,**

v.

**Felix Dewayne SMITH, Appellant.**

No. 62956.

Missouri Court of Appeals,
Eastern District,
Division Five.

Sept. 7, 1993.

Raymond L. Legg, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John Munson Morris III, Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before Gary M. GAERTNER, C.J., and PUDLOWSKI and SIMON, JJ.

ORDER

PER CURIAM.

Appellant, Felix Dewayne Smith, appeals from a jury conviction entered in the Circuit Court of Cape Girardeau County for one count of sale of a controlled substance and two counts of distribution of a controlled substance within one thousand feet of a school. We affirm. We have reviewed the briefs of the parties and the legal file and find the findings and conclusions of the motion court are not clearly erroneous. As we further find an extended opinion would have no precedential value, we affirm the motion court's order pursuant to Rule 84.16(b). A memorandum, solely for the use of the par-

**STATE of Missouri, Plaintiff–Respondent,**

v.

**John WELKER, Defendant–Appellant.**

No. 62505.

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 7, 1993.

Delores Berman, St. Louis, for defendant-appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Rudolph R. Rhodes, IV, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Defendant, John Welker, appeals from judgments of conviction, after a jury trial, for attempted burglary in the second degree and possession of burglary tools. He was sentenced as a prior and persistent and class X offender to concurrent terms of imprisonment of five years on each count.

No jurisprudential purpose would be served by a written opinion. The judgments of conviction are affirmed. Rule 30.25(b).